IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAPONZO MONROE DALLAS,

    Plaintiff,

v.

KAREN HORTON, BRANDON DECKER,
JANE AND JOHN DOES, RICHARDS,
SHERIFF, U.W. HOSPITAL,
MARK REICHELDERFER, M.D.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-870-bbc

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Laponzo Monroe Dallas leave to proceed on any claims.

/s/  
Peter Oppeneer, Clerk of Court

12/28/2017  
Date